**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Charron D. BUTTS, Defendant—Appellant.**

No. 08–7736.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 14, 2008.

Decided: Dec. 1, 2008.

Charron D. Butts, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**200**

PER CURIAM:

Charron D. Butts appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Butts,* No. 2:01–cr–00155–JBF–1 (E.D. Va. filed July 7, 2008; entered July 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*